Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−35142−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Hampton
   56 Hampton Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6355

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/28/18
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 16, 2018
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-35142-KCF
Kimberly Hampton                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 16, 2018
                              Form ID: 132             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
db          +Kimberly Hampton,    56 Hampton Lane,    Willingboro, NJ 08046-1822
517229117   +ARS Account Resolutions,    1643 Harrison Parkway,    Suite 100,
              Fort Lauderdale, FL 33323-2857
517229119   +Burlington County Sheriff Office,    49 Rancocoas Road,    Room 210,   Mount Holly, NJ 08060-1384
517229120   +Comenity Bank,   P.O. Box 182789,   Columbus, OH 43218-2789
517229121  ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DirectTV,    2230 E. Imperial Hwy,    El Segundo, CA 90245)
517229122   +Emergency Physicians Assoc. of South Jer,    1 Hamilton Health Place,    Trenton, NJ 08690-3542
517229123   +I C Systems,   444 Highway 96 E,   Saint Paul, MN 55127-2557
517229125   +KML Law Group,   Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
              Westmont, NJ 08108-2812
517229128   +Midwest Recovery Systems,    12 Westbury Drive,    Suite D,   Saint Charles, MO 63301-2543
517229129   +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,   Trenton, NJ 08695-0245
517229130  ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: TMobile Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015)
517229131  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    P.O. Box 15012,    Chandler, AZ 85244)
517229132   +Verizon Wireless Bankruptcy Admin,    500 Technology Drive,    Suite 550,
              Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:20     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517229118    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 17 2018 00:01:50
              Bayview Loan Servicing LLC,    4425 Ponce De Leon Boulevard,   5th Floor,
              Miami, FL 33146-1837
517229124    +E-mail/Text: cio.bncmail@irs.gov Jan 17 2018 00:00:52     Internal Revenue Service,
              P.O Box 7346,   Philadelphia, PA 19101-7346
517229126    +E-mail/Text: bkr@cardworks.com Jan 17 2018 00:00:29     Merrick Bank,    P.O. Box 1500,
              Draper, UT 84020-1500
517229127    +E-mail/Text: bknotices@totalcardinc.com Jan 17 2018 00:01:21     Mid America Bank & Trust,
              5109 S. Broadband Lane,   Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              George E Veitengruber, III    on behalf of Debtor Kimberly  Hampton Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4