Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−35142−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Hampton
   56 Hampton Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6355

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 8, 2018
JAN: slf

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-35142-KCF
Kimberly Hampton                                                           Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Mar 08, 2018
                Form ID: 148    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
```
db             +Kimberly Hampton,    56 Hampton Lane,    Willingboro, NJ 08046-1822
517229117      +ARS Account Resolutions,    1643 Harrison Parkway,    Suite 100,
                 Fort Lauderdale, FL 33323-2857
517229119      +Burlington County Sheriff Office,    49 Rancocoas Road,    Room 210,    Mount Holly, NJ 08060-1384
517343225       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
517229122      +Emergency Physicians Assoc. of South Jer,    1 Hamilton Health Place,    Trenton, NJ 08690-3542
517229125      +KML Law Group,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517229128      +Midwest Recovery Systems,    12 Westbury Drive,    Suite D,    Saint Charles, MO 63301-2543
517229129      +N.J. Division of Taxation,    Bankruptcy Section,    P.O. Box 245,    Trenton, NJ 08695-0245
517229131     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     P.O. Box 15012,    Chandler, AZ 85244)
517289546      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517229132      +Verizon Wireless Bankruptcy Admin,    500 Technology Drive,    Suite 550,
                 Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517345592      +EDI: CINGMIDLAND.COM Mar 09 2018 03:53:00      AT&T Mobility II LLC,    c/o AT&T Services, Inc,
                 Karen A. Cavagnaro~Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
517229118      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 08 2018 23:25:05
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Boulevard,    5th Floor,
                 Miami, FL 33146-1837
517344736      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 08 2018 23:25:05
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
517229120      +EDI: WFNNB.COM Mar 09 2018 03:53:00      Comenity Bank,    P.O. Box 182789,
                 Columbus, OH 43218-2789
517229121       EDI: DIRECTV.COM Mar 09 2018 03:53:00      DirectTV,    2230 E. Imperial Hwy,
                 El Segundo, CA 90245
517229123      +EDI: IIC9.COM Mar 09 2018 03:53:00      I C Systems,    444 Highway 96 E,
                 Saint Paul, MN 55127-2557
517229124      +EDI: IRS.COM Mar 09 2018 03:53:00      Internal Revenue Service,    P.O Box 7346,
                 Philadelphia, PA 19101-7346
517229126      +EDI: MERRICKBANK.COM Mar 09 2018 03:53:00      Merrick Bank,    P.O. Box 1500,
                 Draper, UT 84020-1500
517229127      +EDI: TCISOLUTIONS.COM Mar 09 2018 03:53:00      Mid America Bank & Trust,
                 5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
517334144       EDI: Q3G.COM Mar 09 2018 03:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517229130       EDI: AISTMBL.COM Mar 09 2018 03:53:00      TMobile Bankruptcy Team,    P.O. Box 53410,
                 Bellevue, WA 98015
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517345965*     +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2                Date Rcvd: Mar 08, 2018
                              Form ID: 148              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Alexandra T. Garcia     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              George E Veitengruber, III    on behalf of Debtor Kimberly   Hampton Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company nj-ecfmail@mwc-law.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```